UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE BANK OF NEW YORK MELLON FORMERLY KNOWN AS THE BANK OF NEW YORK AS SUCCESSOR TRUSTEE TO JPMORGAN CHASE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR THE CERTIFICATEHOLDERS OF STRUCTURE ASSET MORTGAGE INVESTMENTS II INC. BEAR STEARNS ALTA TRUST, MORTGAGE PASS-THROUGH CERTIFICATES SERIES 2006-2,<br><br>Plaintiff,<br><br>v.<br><br>ANGELO INANORIA, ADAM SAALINGER, NATHAN TRUJILLO, RYAN EVERETT, DAVID PIRY, MATTHEW ROMANO, MAXWELL NEWLIN, DYLAN ROGELSTAD; AND DOES 1 TO 20, inclusive,<br><br>Defendants. | Case No. 15-cv-00304 NC<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES** |

In accordance with Civil Local Rule 3-12(c), IT IS HEREBY ORDERED that the above captioned case is referred to Judge Edward J. Davila to determine whether it is related to *The Bank of New York Mellon v. Inanoria, et al.*, Case No. 14-cv-05393 EJD.

IT IS SO ORDERED.

Date: February 13, 2015

_____
Nathanael M. Cousins
United States Magistrate Judge

Case No. 15-cv-00304 NC
SUA SPONTE JUDICIAL REFERRAL
RE: RELATING CASES